UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Tri-State Dental, Inc., et al : Civil Action No. 2:16-CV-5001(KM)(JBC)
:
Plaintiff(s) : CLERK'S ORDER
:
v. :
:
Allied World Specialty Insurance Co. :
:
Defendant(s) :

This matter having come before the Court upon the filing of a <u>Complaint</u>, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF on August 15, 2016 by Eugene Killian, Jr., Esq., counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

___ a. An overpayment has been made by the filer, **OR**

_X_ b. A duplicate, identical <u>Complaint</u>, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

IT IS on this __17__ day of August 2016,

**ORDERED THAT**, the sum of $400.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK
By: *Theresa L. Burnett*
Theresa L. Burnett
Chief Deputy Clerk